# Court of Appeals, State of Michigan

# ORDER

Melissa Mays v Governor Rick Snyder

Docket No.    335555, 335725, 335726

LC No.    16-000017-MM

Kathleen Jansen
Presiding Judge

Karen M. Fort Hood

Michael J. Riordan
Judges

---

The Court orders that the January 25, 2018 opinion is hereby AMENDED. The opinion contained the following clerical error: On Page 8, Paragraph 2, the opinion incorrectly refers to June 21, 2015, when in fact, the opinion should read July 21, 2015.

In all other respects, the January 25, 2018 opinion remains unchanged.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

JAN 2 6 2018
Date

Chief Clerk